UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORDANA PROJECT & CHARTERING,

    Plaintiff,

-v-

TOPSHEEN INTERNATIONAL
LOGISTICS CO., a/k/a NANJING DEYUN
INTERNATIONAL LOGISTICS CO.,

    Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/09
```

No. 09 Civ. 6918 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's September 21, 2009 letter, which requests that the status conference currently scheduled for September 24, 2009 be adjourned. The Court issued an *ex parte* Order of Maritime Attachment and Garnishment on August 10, 2009, good for a period of thirty days. Plaintiff's letter indicates that it was unable to restrain any funds during this period. Plaintiff notes, however, that it has recently discovered new information that will form the basis of an application for a supplemental order of attachment. On this basis, Plaintiff asks that the September 24 conference be adjourned. The request is GRANTED and the conference is hereby adjourned. IT IS FURTHER ORDERED THAT by October 8, 2009, Plaintiff shall either submit an application for a supplemental order of attachment or show cause as to why the action should not be dismissed.

SO ORDERED.

DATED:    September 21, 2009
                New York, New York

                                  RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE